In the Matter of the Application of LOUIS SPERLING, Appellant, for an Order Staying Arbitration Proceedings, against NEWTOWN LAUNDRY SERVICE, INC., Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of SARAH J. SHELDON, an Heir at Law of SARAH J. B. TOMPKINS, Deceased, for an Order Enjoining the Administrator of the Estate of Said SARAH J. B. TOMPKINS from Proceeding with the Foreclosure of Mortgage against FRANKLIN M. TOMPKINS. SARAH J. SHELDON, Respondent; MAYNARD H. TOMPKINS, as Administrator, etc., of SARAH J. B. TOMPKINS, Deceased, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 612.] Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Petition of REBECCA LOTT GRAMBOW to Render and Settle Her Final Account as the Executrix, etc. of ADRIAN M. WILLIAMSON, Deceased, Respondent; EASTERN LONG ISLAND HOSPITAL ASSOCIATION and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

ROSALYN LANGER and Another, Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument or, in the alternative, for resettlement of the order of reversal herein, denied, without costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

JOSEPH LEVINE, Individually and as Administrator, etc., of SONIA LEVINE, Deceased, Appellant, v. DAVID POSTAL and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell. Adel, Taylor and Close, JJ.

AMY E. MOHRMANN, Respondent, v. FREDA M. KOB, as Committee of WILLIAM G. MOHRMANN, Also Known as WILLIAM MOHRMANN, JR., an Incompetent Person, and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See ante, pp. 209, 873.] The following question is certified: In so far as the fourth affirmative defense contained in defendants' answer is concerned, was the order properly made? Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

MARIAN MONTESANO and Others, Respondents, v. DURABLE LEATHER GOODS COMPANY, INC., and Others, Defendants, and MICHAEL KAGANOWITZ, Also Known as MICHAEL KAY, and CHARLES MEYERS, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.